

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JORGE HUMBERTO ZARAGOZA FUENTES, | § | No. 08-16-00289-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 448th District Court |
| | § | |
| PEDRO ZARAGOZA FUENTES, RANCHO PRODUCTOR DE LECHE, | § | of El Paso County, Texas |
| ZARAGOZA HERMANOS, S.A. DE | | (TC# 2012-DCV04174) |
| C.V., & ZARGEO INC., | § | |
| | | |
| Appellees. | | |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is a motion filed by Appellant, Jorge Humberto Zaragoza Fuentes, to dismiss his appeal pursuant to TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

GINA M. PALAFOX, Justice

July 18, 2018

Before McClure, C.J., Rodriguez, and Palafox, JJ.